P.O. Box 504
Gaston, SC 29053
June 20, 2021

The Honorable Judge Terry Wooten
United States District Court
Matthew J. Perry, Jr. Building
901 Richland Street
Columbia, SC 29201

RE: James Patrick Giannakos
    Court Date: June 29, 2021
    Letter of Reference

Dear Honorable Judge Terry Wooten:

This letter of Reference is regarding James Patrick Giannakos

I met James (Jimmy) in the Fall of 1980 when his mother, Jean Mason, a LPN was teaching Nursing Assistant classes.

He was a pleasant, good mannered child. James listened well to his mother and adults.

James Patrick Giannakos
Letter of Reference (continued - page two)

James played baseball for years. He followed the rules. Jimmy liked his coaches and teammates who he helped and encouraged. He helped at the concessions stand and helped keep the ballpark clean.

Jimmy is very knowledgeable about the mechanical workings of many cars and trucks. He helps others repair, rebuild and restore their vehicles at no charge.

When my son Jeremy, who was dying of Cystic Fibrosis went into the hospital on multiple occasions, Jimmy offered to stay with him. He tried to make Jeremy laugh and feel better about himself.

Jimmy has always been very respectable to me. I have observed his interactions with peoples of all ages & different races. He has been kind and pleasant.

I thank you for your time.

Sincerely Yours
Jerry Tarte
Jerry Tarte

jt/dt
copy to: Atty. Allen Burnside

```
                                    Post Office Box 504
                                    Gaston, S. C., 29053
                                    June 21, 2021
```

The Honorable Judge Terry Wooten
United States District Court
Matthew J. Perry, Jr. Building
901 Richland Street
Columbia, South Carolina  29201

RE:  James Patrick Giannakos
     Court Date:  June 29, 2021
     Letter of Reference

Dear Honorable Judge Terry Wooten:

I am writing this letter to give a reference for James Patrick Giannakos.

I have known James 'Jimmy' since he was about six years old. He was a kind child with a good upbringing. He got along well with children and adults and those in-between.

Throughout his life, James remained caring. He offered to help others without someone having to ask for help.

For example, our son Jeremy had Cystic Fibrosis. James was so co concerned about him. He acted like a 'Bigbrother' with Jeremy.

During the time Jeremy was dying, James offered to help in any way possible. (as he always has) He offered to stay with Jeremy in the hospital, bring him food and special treats. He cared for our animals, cut the grass, house watched and more.

This is the gentle person I know.

I have never known James to display any type of unkind or disrespectable behavior.

I offer this to give you some insight into James as a considerate person that I have witnessed all these years.

*With kind regards, I am*

*Respectfully yours,*
*Deborah Ann Tarte*
Deborah Ann Tarte